## BRUSH ELECTRIC CO. *v.* NEW AMERICAN ELECTRICAL ARC LIGHT CO.

*(Circuit Court, S. D. New York. April 14, 1891.)*

PATENTS FOR INVENTIONS—ELECTRIC LAMPS—INFRINGEMENT.

    Letters patent No. 219,208, issued September 2, 1879, to Charles F. Brush for an improvement in electric lamps, are valid, and cover all forms of mechanism constructed to separate two or more pairs or sets of carbons dissimultaneously or successively, so that the light is established between the members of but one pair or set at a time. Following *Brush Electric Co.* v. *Western Electric Light, etc., Co.,* 43 Fed. Rep. 533, and *Same* v. *Ft. Wayne Electric Co.,* 44 Fed. Rep. 284.

In Equity.

*H. A. Seymour,* for plaintiff.

*Homer A. Nelson,* for defendant.

SHIPMAN, J. This is a bill in equity to restrain the infringement of letters patent No. 219,208, dated September 2, 1879, to Charles F. Brush for an improvement in electric lamps. The defendant took no testimony, and did not appear at the hearing. The questions in the case seem to have been previously adjudicated, and to be fully stated in the opinion of Judge GRESHAM in *Brush Electric Co.* v. *Ft. Wayne Electric Light Co.,* 40 Fed. Rep. 826; of Judge BROWN, in *Same* v. *Western Electric Light, etc., Co.,* 43 Fed. Rep. 533; and of Judge BLODGETT upon a motion for an injunction in *Same* v. *Ft. Wayne Electric Co.,* 44 Fed. Rep. 284.

Let there be a decree for the complainant for an injunction and an accounting.